1818.

KING
v.
KING.

KING *against* KING & SHARPE, Administrators of KING.

> Where administrators sold the leasehold estate of the intestate, and took the promissory note of the purchaser, on a credit, without any security for the payment of the purchase money, the administrators were held liable to the heirs for the amount, the purchaser having become insolvent.

*November 9th.*   BILL by one of the next of kin, calling on the defendants to account for a distributive share.

The defendants having sold the leasehold estate of the intestate, and taken a promissory note of the purchaser on credit, without any security, by mortgage or otherwise, and the purchaser having paid part of the purchase money, and become insolvent before the residue could be collected, the question was, whether the *administrators*, were responsible for the loss.

*H. Bleecker*, for the plaintiff.

*W. Hale*, contra.

THE CHANCELLOR directed, that the administrators be charged with the whole amount of the purchase money, holding them guilty of negligence in parting with the leasehold estate without payment or security.